IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 0:18-cv-61746

SREAM, INC., a California Corporation, and
ROOR INTERNATIONAL BV, a Foreign Corporation,

    Plaintiff,

vs.

AAFAYAD ENTERPRISES LLC d/b/a
VAPOR N SMOKE, a Florida
Corporation, and AKRAM FAYAD,
individually,

    Defendant.
_____/

## MOTION TO DISMISS

COMES NOW the Defendant, **AAFAYAD ENTERPRISES LLC d/b/a VAPOR N SMOKE**, and file this their Motion to Dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(6) and as grounds therefor would show:

1. Plaintiff's Amended Complaint states that the allegations arose on or about January 27, 2016.

2. The Defendant was not in existence until January 23, 2017, a fact which Plaintiff should have verified through the state of Florida (sunbiz.org) prior to filing this case.

3. Plaintiff's Complaint fails to state a claim upon which relief can be granted in that Defendant cannot have committed the acts alleged by Plaintiff if it did not exist at the time of the allegations.

4. Defendants have previously filed a Motion to Dismiss the Plaintiffs'

Complaint.

5. Plaintiffs thereafter amended their complaint, however all the changed was the addition of another Defendant, AKRAM FAYAD. They continue to include the prior Defendants which were not in existence at the time of the alleged sale.

6. Due to the filing of the Plaintiff's frivolous Amended Complaint, the Defendants have had to retain the services of the undersigned and have agreed to pay her a reasonable fee.

WHEREFORE, Defendant, **AAFAYAD ENTERPRISES LLC d/b/a VAPOR N SMOKE**, respectfully requests this Honorable Court dismiss the Plaintiff's Complaint, and award Defendants attorney's fees and costs.

Dated: October 21, 2018                                 Respectfully submitted,

/s/Christine Ritter
Christine Ritter, Esq.
15476 NW 77th Court, Suite 501
Miami Lakes, FL 33016
Telephone:   (786) 554-1410
Facsimile:   (786) 206-2440
Email: CLRitter3@gmail.com
FL Bar No. 887919
Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 21st day of October, 2018, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all parties listed on the Service List.

/s/Christine Ritter
Christine Ritter

**SERVICE LIST**

Jaime Alan Sasson
Serv513@LegalBrains.com
The Ticktin Law Group
270 Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
*Attorneys for Plaintiff*

Christine Ritter, Esq.
15476 NW 77th Court, Suite 501
Miami Lakes, FL 33016
Telephone:     (786) 554-1410
Facsimile:     (786) 206-2440
Email: CLRitter3@gmail.com
FL Bar No. 887919
*Attorney for the Defendant, Aafayad*
*Enterprises LLC d/b/a Vapor N Smoke*